# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>22-1329</u>

Michael D'Antonio v. Borough of Allendale, et al

(District Court/Agency No. 2-16-cv-00816)

# O R D E R

The Court has received an amended petition for rehearing by **Michael D'Antonio**.

Your document does not comply with the following requirement(s):

Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

**A motion to file an amended petition for rehearing is needed.**

The above deficiencies must be corrected by **February 10, 2023**.

No action will be taken on the document until these deficiencies are corrected.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>,
Clerk

Dated: January 27, 2023

cc:
John W. Albohm
Michael D'Antonio
Richard A. Epstein I, Esq.
Mary C. McDonne, llEsq.
Leonard E. Seaman III, Esq.
Joseph L. Turchi, Esq.
Michele L. Weckerly, Esq.