UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1329

MICHAEL D'ANTONIO,
Appellant

v.

BOROUGH OF ALLENDALE; STILES THOMAS; JOHN ALBOHM;
DAVID BOLE, Esq.; DAVID T. PFUND, Esq.; MARY C. MCDONNELL, ESQ.;
LOUIS CAPAZZI; PASSAIC RIVER COALITION; BERGEN COUNTY SHERIFFS
DEPARTMENT;
THOMAS P. MONAHAN, ESQ.; RICHARD A. EPSTEIN

(D.N.J. No. 2-16-cv-00816)

Present: RENDELL, Circuit Judge

1. Motion by Appellant to File an Amended Petition for Rehearing.

        Respectfully,
        Clerk/pdb

_____ORDER_____
The foregoing motion is denied.

        By the Court,

        s/ Marjorie O. Rendell
        Circuit Judge

Dated: February 9, 2023
PDB/cc: Michael D'Antonio
       All Counsel of Record